UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| Madison Hotel Owners, LLC, | Case No. 11-12334 |
| Debtor. | |

--------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| Madison Hotel, LLC, | Case No. 11-12560 |
| Debtor. | |

--------------------------------------------------------------x

## NOTICE OF ADJOURNED STATUS CONFERENCE

PLEASE TAKE NOTICE, that the adjourned status conference in the above-

captioned matters will be held on August 11, 2011 at 2:00 p.m. before the Honorable Martin

Glenn at the United States Bankruptcy Court, One Bowling Green, New York, New York

10004.

Dated: New York, New York
       July 26, 2011

                              **BACKENROTH FRANKEL & KRINSKY, LLP**

                              By:   s/Mark Frankel
                                    489 Fifth Avenue
                                    New York, New York 10017
                                    (212) 593-1100