# Charles Ira Epstein, Esq.

Attorney at Law
27 Warren Street - Suite 304
Hackensack, New Jersey 07601
Tel: (201) 489-7600
Fax: (201) 489-2128
E-mail: ceatty@hotmail.com

150-15 79th Avenue, Suite 4J
Flushing, New York 11367
Tel: (718) 380-7233

161 East 88th Street, Suite 1E
New York, New York, 10128

Please reply
o New Jersey office.

Member of NY & NJ Bars

March 7, 2012

**Our File No.: 3517**

Honorable Martin J. Glenn, J.U.S.B.C.
United States Bankruptcy Court
South District
Alexander Hamilton Custom House
One Bowling Green
New York City, New York 10004-1408

      Re: **Madison Hotel Owners LLC**
            **Case No. 11-12334**

Dear Judge Glenn:

    I represent the following members of Madison Hotel Owners, LLC: Ofek Rachel Ltd., Bolour 62, Mad LLC, M.M.N. Yad David USA Ltd., Ruth Malki and Havazelet Miller.

    Enclosed herein please find a copy of a letter, which was sent out to Mark Frankel, Esq. dated March 6, 2012 regarding Madison Hotel Owners LLC.

    Thank you for your attention to this matter.

                          Respectfully submitted

                          Charles I. Epstein

CIE/ib
Enclosure

  cc: Nader Bolour (via email: nader@dorisleslieblau.com)
       Havazelet Miller (via email: cmiller1015@aol.com )
       Ofek Rachel (via email: ofekyad@walla.com )
       Michael Avidan (via email: michaelavidan@walla.com)
       Rafael Malki (via email: rafaelmalki@hotmail.com)