# *Charles Ira Epstein, Esq.*

Attorney at Law
27 Warren Street - Suite 304
Hackensack, New Jersey 07601
Tel: (201) 489-7600
Fax: (201) 489-2128
E-mail: ceatty@hotmail.com

150-15 79th Avenue, Suite 4J
Flushing, New York 11367
Tel: (718) 380-7233
Please reply
to New Jersey office.

161 East 88th Street, Suite 1E
New York, New York, 10128

Member of NY & NJ Bars

March 7, 2012

Our File: 3517

<u>Via email: mfrankel@bfklaw.com</u>
Mark Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
489 5th Avenue
New York, New York 10017

    Re:    Madison Hotel Owners LLC

Dear Mr. Frankel:

As you recall, I have been retained by the following members of Madison Hotel Owners, LLC: Ofek Rachel Ltd., Bolour 62, Mad LLC, M.M.N. Yad David USA Ltd., Ruth Malki and Havazelet Miller.

I wish to reiterate to be noticed if there is any Court proceedings or further conference, as I have advised you of my representation in this matter.

Thank you for your attention to this matter.

                        Very truly yours,

                        Charles I. Epstein

CIE/ib
cc:    Nader Bolour (via email: nader@dorisleslieblau.com)
        Havazelet Miller (via email: cmiller1015@aol.com )
        Ofek Rachel (via email: ofekyad@walla.com )
        Michael Avidan (via email: michaelavidan@walla.com)
        Rafael Malki (via email: rafaelmalki@hotmail.com)